IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs                                                                   CRIMINAL 12-0805CCC

SUZZETTE M. CANCEL-ALVAREZ
Defendant

## ORDER

Having considered the Report and Recommendation filed on August 2, 2013 (**docket entry 28**) on a Rule 11 proceeding of defendant Suzzette M. Cancel-Alvarez before U.S. Magistrate Judge Silvia Carreño-Coll on July 17, 2013, to which no objection has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 17, 2013.  The **sentencing hearing is set for October 23, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 26, 2013.

                                                            S/CARMEN CONSUELO CEREZO
                                                            United States District Judge